# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>Plaintiff  )<br>      )<br>vs.   )<br>      )<br>RENE ESPINDOLA-GALLEGOS, ET AL )<br>      )<br>Defendant(s) )<br>_____) | CRIMINAL NO. 08CR1974-BEN<br>                  08mj1737<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

EFRAIN GUZMAN - SAAVEDRA

DATED: 6/17/8

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                   DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
     Deputy Clerk
J. JARABEK