UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR1974-BEN |
| Plaintiff | ) | CRIMINAL NO. 08mj1737 |
| | ) | |
| vs. | ) | ORDER |
| RENE ESPINDOLA-GALLEGOS, ET AL | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

SAMUEL CURIEL-SAAVEDRA

DATED: 6/17/8

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk
**J. JARABEK**